_X_ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

5/6/2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON WADE FERGUSON,<br><br>Defendant. | Case No. 2:20-mj-00056-VCF<br><br>**FINDINGS OF FACT AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. Mr. Ferguson is scheduled for a change of plea on June 4, 2021.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.
5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to enter his plea with the District Court.
6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

/ / /

/ / /

/ / /

## **ORDER**

IT IS THERFORE ORDERED that the Preliminary Hearing currently scheduled on Tuesday, May 10, 2021 at the hour of 4:00 p.m., be vacated and continued to June 14, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __6th__ day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE